508

No. 58116.—Gehrig, Hoban & Co., Inc. v. United States, protest 219288–K (New York).

Opinion by LAWRENCE, J. From an examination of the papers in the case the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.

No. 58117.—Acrow, Incorporated v. United States, protests 175001–K, etc. (New York).

Opinion by FORD, J. In Abstract 58053, the merchandise in question was held dutiable at 15 percent under paragraph 372, as modified by T. D. 51802. It appearing that certain items of said merchandise were imported after the effective date of T. D. 52739, and since the time within which a motion for rehearing might be made had not expired, the said original decision was rewritten and corrected as follows: In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim at 15 percent under paragraph 372, as modified by T. D. 51802, was sustained as to those marked "A" on the invoices covered by the protests listed in schedule "A." The items marked "A," covered by the protests listed in schedule "B," were held dutiable at 13¾ percent under said paragraph, as modified by T. D. 52739.

No. 58118.—Acrow, Incorporated, and Frank P. Dow Co., Inc. v. United States, protests 185757–K, etc. (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.